# Gifford Cutler, Lot 40

PLAINTIFF'S EXHIBIT

CASE NO. 16CV86-S

EXHIBIT NO. 1

# Mark Koenig, Lot 19



**PLAINTIFF'S EXHIBIT**

CASE NO. 2016-cv-86-s

EXHIBIT NO. 2

# Mark Koenig, Lot 19



# Mark Koenig, Lot 19



John E. McInroy & Ann W. Peck
Lot 7



**PLAINTIFF'S EXHIBIT**

CASE
NO. 2016-cv-86-5

EXHIBIT
NO. 3

1





## Greg Weisz

| | |
|---|---|
| **From:** | trevor hiegel [trevor.hiegel@wyo.gov] |
| **Sent:** | Tuesday, April 12, 2016 8:26 AM |
| **To:** | Greg Weisz |
| **Subject:** | Lake Hattie capacity table |
| **Attachments:** | Lake Hattie & Twin Buttes.xls; Lake Hattie Dam & Capacity Table.pdf |

It looks like I had the capacity table in an Excel file. Also attached is the original permit map and capacity table. This shows the spillway being at 7278 and the capacity table there shows full is also at 7278. The ac-ft difference is because no official survey was ever done on Lake Hattie dead storage. WWC in 1993 assumed it was 30,000 ac-ft and that is why the capacity table now goes to 95,260 from the original permit map showing 65,260.

--
Trevor Hiegel
Laramie Water Office
Division 1, District 4A
307-742-0023
trevor.hiegel@wyo.gov

E-Mail to and from me, in connection with the transaction
of public business, is subject to the Wyoming Public Records
Act and may be disclosed to third parties.

1



**DEFENDANT'S EXHIBIT**

AA

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Hattie  Reservoir | | | 7276.26 | | | 89,900 ac-ft | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | 7269.72 | | | 71,600 ac-ft | | |
| 8 | | | | | | | | | |
| 9 | | | | 7267.34 | | | 65,300 ac-ft | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | 7264.5 | 58,126 ac-ft (28,126 ac-ft first right) | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | 7257.97 | | | 42,700 ac-ft | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | 7251.9 | inactive 30,000 ac-ft | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

## STATE OF WYOMING

EXPANDED CAPACITY TABLE FOR :  **LAKE HATTIE RESERVOIR**

| GAGE HEIGHT FEET | .0 | .10 | .20 | .30 | .40 | .50 | .60 | .70 | .80 | .90 | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A-Ft | A-Ft | A-Ft | A-Ft | A-Ft | A-Ft | A-Ft | A-Ft | A-Ft | A-Ft | |
| 7254.0 | 34300 | 34500 | 34700 | 34900 | 35100 | 35300 | 35500 | 35700 | 35900 | 36200 | |
| 7255.0 | 36400 | 36600 | 36800 | 37000 | 37200 | 37500 | 37700 | 37900 | 38100 | 38300 | |
| 7256.0 | 38600 | 38800 | 39000 | 39200 | 39400 | 39600 | 39900 | 40100 | 40300 | 40500 | |
| 7257.0 | 40700 | 41000 | 41200 | 41400 | 41600 | 41800 | 42100 | 42300 | 42500 | 42700 | |
| 7258.0 | 42900 | 43200 | 43400 | 43600 | 43800 | 44000 | 44300 | 44500 | 44700 | 44900 | |
| 7259.0 | 45100 | 45300 | 45600 | 45800 | 46000 | 46200 | 46400 | 46700 | 46900 | 47100 | |
| 7260.0 | 47300 | 47500 | 47800 | 48000 | 48200 | 48400 | 48700 | 48900 | 49100 | 49400 | |
| 7261.0 | 49600 | 49800 | 50000 | 50300 | 50500 | 50700 | 50900 | 51200 | 51400 | 51600 | |
| 7262.0 | 51800 | 52100 | 52300 | 52500 | 52700 | 53000 | 53200 | 53400 | 53600 | 53900 | |
| 7263.0 | 54400 | 54600 | 54900 | 55100 | 55400 | 55600 | 55900 | 56100 | 56400 | 56600 | |
| 7264.0 | 56900 | 57100 | 57300 | 57600 | 57800 | 58100 | 58300 | 58600 | 58800 | 59100 | |
| 7265.0 | 59300 | 59600 | 59800 | 60100 | 60400 | 60600 | 60900 | 61200 | 61400 | 61700 | |
| 7266.0 | 61900 | 62200 | 62500 | 62700 | 63000 | 63200 | 63500 | 63800 | 64000 | 64300 | |
| 7267.0 | 64500 | 64800 | 65100 | 65300 | 65600 | 65800 | 66100 | 66400 | 66600 | 66900 | |
| 7268.0 | 67100 | 67400 | 67700 | 67900 | 68200 | 68500 | 68700 | 69000 | 69200 | 69500 | |
| 7269.0 | 69800 | 70000 | 70300 | 70500 | 70800 | 71100 | 71300 | 71600 | 71800 | 72100 | |
| 7270.0 | 72400 | 72600 | 72900 | 73200 | 73500 | 73700 | 74000 | 74200 | 74500 | 74700 | |
| 7271.0 | 75000 | 75200 | 75400 | 75600 | 75900 | 76100 | 76300 | 76500 | 76700 | 76900 | |
| 7272.0 | 77200 | 77300 | 77500 | 77700 | 77900 | 78000 | 78200 | 78400 | 78500 | 78700 | |
| 7273.0 | 79000 | 79100 | 79300 | 79400 | 79500 | 79700 | 79800 | 79900 | 80100 | 80200 | |
| 7274.0 | 80500 | 80600 | 80700 | 80800 | 80900 | 81000 | 81200 | 81300 | 81400 | 81500 | |
| 7275.0 | 86400 | 86700 | 87000 | 87300 | 87600 | 87900 | 88200 | 88400 | 88700 | 89000 | |
| 7276.0 | 89300 | 89600 | 89900 | 90200 | 90500 | 90800 | 91100 | 91400 | 91700 | 92000 | |
| 7277.0 | 92300 | 92600 | 92900 | 93200 | 93500 | 93800 | 94100 | 94400 | 94700 | 95000 | |
| 7278.0 | 95300 | | | | | | | | | | |

Permit No. 1372R, 7435R, 9250R

| Priority Dates: | 5-11-1908 | 28,426 ac-ft | In-Active Capacity | ~30,000 ac-ft |
|---|---|---|---|---|
| | 8-1-1975 | Sec. Supp 300 ac-ft | Total Storage | 65,260 ac-ft |
| | 1-5-1986 | 36,834 ac-ft | Reservoir Capacity | 95,260 ac-ft |

| Computed by | WWC -Mar. 1993 | Checked by | WWC- Mar. 1993 |
|---|---|---|---|

Remarks   elevation top of concrete outlet box is 7263.85 (56,500 A/F) per plans

retyped 1998 by DLS

## STATE OF WYOMING

EXPANDED CAPACITY TABLE FOR :    **LAKE HATTIE RESERVOIR**

| GAGE HEIGHT FEET | .0 A-Ft | .10 A-Ft | .20 A-Ft | .30 A-Ft | .40 A-Ft | .50 A-Ft | .60 A-Ft | .70 A-Ft | .80 A-Ft | .90 A-Ft | DIFFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7224.0 | 0 | 55 | 110 | 165 | 220 | 275 | 330 | 385 | 440 | 495 | |
| 7225.0 | 550 | 605 | 660 | 715 | 770 | 825 | 880 | 935 | 990 | 1050 | |
| 7226.0 | 1100 | 1150 | 1200 | 1250 | 1300 | 1400 | 1450 | 1500 | 1550 | 1600 | |
| 7227.0 | 1650 | 1700 | 1750 | 1800 | 1850 | 1950 | 2000 | 2050 | 2100 | 2150 | |
| 7228.0 | 2200 | 2250 | 2300 | 2350 | 2400 | 2450 | 2550 | 2600 | 2650 | 2700 | |
| 7229.0 | 2750 | 2800 | 2850 | 2900 | 2950 | 3050 | 3100 | 3150 | 3200 | 3250 | |
| 7230.0 | 3300 | 3400 | 3450 | 3550 | 3650 | 3700 | 3800 | 3900 | 3950 | 4050 | |
| 7231.0 | 4150 | 4200 | 4300 | 4400 | 4500 | 4550 | 4650 | 4750 | 4800 | 4900 | |
| 7232.0 | 5000 | 5050 | 5150 | 5200 | 5300 | 5400 | 5500 | 5550 | 5650 | 5750 | |
| 7233.0 | 5800 | 5900 | 6000 | 6100 | 6150 | 6250 | 6300 | 6400 | 6500 | 6600 | |
| 7234.0 | 6650 | 6750 | 6800 | 6900 | 7000 | 7100 | 7150 | 7250 | 7350 | 7400 | |
| 7235.0 | 7500 | 7600 | 7700 | 7800 | 7950 | 8050 | 8150 | 8250 | 8400 | 8500 | |
| 7236.0 | 8600 | 8700 | 8800 | 8900 | 9050 | 9150 | 9250 | 9350 | 9500 | 9600 | |
| 7237.0 | 9700 | 9800 | 9900 | 10000 | 10100 | 10200 | 10400 | 10500 | 10600 | 10700 | |
| 7238.0 | 10800 | 10900 | 11000 | 11100 | 11200 | 11400 | 11500 | 11600 | 11700 | 11800 | |
| 7239.0 | 11900 | 12000 | 12100 | 12200 | 12300 | 12400 | 12600 | 12700 | 12800 | 12900 | |
| 7240.0 | 13000 | 13100 | 13200 | 13400 | 13500 | 13600 | 13800 | 13900 | 14000 | 14100 | |
| 7241.0 | 14200 | 14400 | 14500 | 14600 | 14800 | 14900 | 15000 | 15100 | 15200 | 15400 | |
| 7242.0 | 15500 | 15600 | 15800 | 15900 | 16000 | 16100 | 16200 | 16400 | 16500 | 16600 | |
| 7243.0 | 16800 | 16900 | 17000 | 17100 | 17200 | 17400 | 17500 | 17600 | 17800 | 17900 | |
| 7244.0 | 18000 | 18100 | 18200 | 18400 | 18500 | 18600 | 18800 | 18900 | 19000 | 19100 | |
| 7245.0 | 19200 | 19400 | 19500 | 19700 | 19800 | 20000 | 20100 | 20200 | 20400 | 20500 | |
| 7246.0 | 20700 | 20800 | 20900 | 21100 | 21200 | 21400 | 21500 | 21600 | 21800 | 21900 | |
| 7247.0 | 22100 | 22200 | 22300 | 22500 | 22600 | 22800 | 22900 | 23000 | 23200 | 23300 | |
| 7248.0 | 23500 | 23600 | 23700 | 23900 | 24000 | 24200 | 24300 | 24400 | 24600 | 24700 | |
| 7249.0 | 24900 | 25000 | 25100 | 25300 | 25400 | 25600 | 25700 | 25800 | 26000 | 26100 | |
| 7250.0 | 26300 | 26500 | 26700 | 26900 | 27100 | 27200 | 27400 | 27600 | 27800 | 28000 | |
| 7251.0 | 28200 | 28400 | 28600 | 28800 | 29000 | 29200 | 29400 | 29600 | 29800 | 30000 | |
| 7252.0 | 30200 | 30400 | 30600 | 30800 | 31000 | 31200 | 31400 | 31600 | 31800 | 32100 | |
| 7253.0 | 32300 | 32500 | 32700 | 32900 | 33100 | 33300 | 33500 | 33700 | 33900 | 34100 | |

| Computed by | WWC -Mar. 1993 | Checked. by | WWC- Mar. 1993 |
|---|---|---|---|

Remarks    ▨ = inactive storage

retyped 1998 by DLS



### CROSS SECTION AT OUTLET WORKS
### LAKE HATTIE DAM
#### SCALE: 1"=10'

(NOTE: THIS DRAWING SHOWS THE CROSS-SECTION AS REHABILITATED IN 1989-1990)

### LAKE HATTIE RESERVOIR
### AREA—CAPACITY TABLE
(CORRECTED BY THE PETITION)

| ELEVATION (MSL) | AREA (ACRES) | AVERAGE AREA (ACRES) | INCREMENTAL CAPACITY (ACRE-FEET) | ACCUMULATIVE ACTIVE CAPACITY (ACRE-FEET) | USE AND COMMENT |
|---|---|---|---|---|---|
| 7250 | 1931 | | | | |
| 7251.8 | 1897 | 2051 | 8,358 | 0 | INACTIVE STORAGE CAPACITY BELOW ELEVATION 7251.8 NOT DETERMINED BY THIS SURVEY |
| 7255 | 2103 | 2103 | 10,965 | 8,358 | |
| 7260 | 2281 | 2357 | 7,071 | 17,323 | |
| 7263 | 2433 | 2439 | 4,032 | 24,394 | ICE + ICE 4772 = 8830W IRRIGATION = 20,129 A.F. TEMPORARY STORAGE = 500 A.F |
| 7264.64 | 2485 | 2485 | 888 | 28,426 | |
| 7265 | 2504 | 2806 | 13,040 | 29,314 | DOWNSTREAM USES IRRIGATION MUNICIPAL INDUSTRIAL FISH FLOOD CONTROL POWER DOMESTIC } 34,834 A.F. |
| 7270 | 2712 | 2802 | 14,210 | 42,354 | |
| 7275 | 2892 | 2962 | 8,866 | 56,574 | |
| 7276 | 3032 | | | 65,380 | |
| **TOTAL** | | **AVAILABLE** | | **CAPACITY** | **65,380 ACRE-FEET** |

CAPACITY UNDER LAKE HATTIE RESERVOIR PERMIT NO. 1373 RES., WITH PRIORITY OF MAY 11, 1908 DE-428 ACRE-FEET

AMENDED CAPACITY PERMIT NO. 9250 RES. LAKE HATTIE RESERVOIR, 28,126 ACRE-FEET THIS PETITION

→ NOTE

A. UNDER ORDER RECORD 27, PAGES 443-448, THE FOLLOWING OCCURS:

1.) THE ENTIRE CAPACITY OF EVIL. LAKE HATTIE RESERVOIR, PERMIT NO. 1373 RES IS ABANDONED

2.) THE WYOMING GAGE AND FISH COMMISSION MAY FROM TIME TO TIME CONTINUE TO TEMPORARILY STORE, ABOVE ELEVATION 7263, THE 300 ACRE-FEET OF WATER WHICH IS IN TRANSIT TO TWIN BUTTES RESERVOIR, PERMIT NO. 7435 RES., PURSUANT TO ORDER RECORD 19, PAGES 236-237.

3.) LAKE HATTIE RESERVOIR, PERMIT NO. 1373 RES. HAS 31,374 ACRE-FEET ABANDONED, WITH THE REMAINING ADJUDICATED CAPACITY OF 29,126 ACRE-FEET FOR IRRIGATION PURPOSES BELOW ELEVATION 7263; AND 300 ACRE-FEET AS DESCRIBED IN 2.) ABOVE FOR TEMPORARY STORAGE BETWEEN ELEVATION 7263 AND ELEVATION 7263.12.

B. DUE TO THE CHANGE IN DEAD STORAGE ELEVATION, REFERENCES ABOVE TO ELEVATIONS 7263 AND 7263.12 ARE CHANGED TO 7264.52 7264.64, RESPECTIVELY

### EXPLANATORY STATEMENT

### STATEMENT OF ENGINEER

MAP TO ACCOMPANY A PETITION TO THE STATE ENGINEER TO MAKE AMENDMENTS TO THE MAP AND TO REDUCE THE CAPACITY OF THE ENLARGEMENT OF LAKE HATTIE RESERVOIR, PERMIT NO. 9250 RES

APPLICANT
PIONEER CANAL-LAKE HATTIE IRRIGATION DISTRICT
P.O. BOX 1283   LARAMIE, WY 83070

MAP TO ACCOMPANY APPLICATIONS FOR
ENLARGEMENT LAKE HATTIE RESERVOIR
SECOND ENLARGEMENT LAKE HATTIE SUPPLY CANAL
ENLARGEMENT LAKE HATTIE SUPPLY CANAL NO. 2

APPLICANT
LARAMIE RIVERS COMPANY
P.O. BOX 1283
LARAMIE, WYOMING 82070
AND

MAP TO THE STATE BOARD OF CONTROL, PURSUANT TO ORDER RECORD 27, PAGE 443-448, TO IDENTIFY PARTIAL ABANDONMENT OF LAKE HATTIE RESERVOIR, PERMIT NO. 1373 RES., PROOF NO. 18003, WITH PRIORITY OF MAY 11, 1908, AND TOTAL ABANDONMENT OF EN. LAKE HATTIE RESERVOIR, PERMIT NO. 1373 RES., PROOF NO. 16004, WITH PRIORITY OF SEPTEMBER 18, 1908.

| APPROVED | March 11, 1992 | | | | |
|---|---|---|---|---|---|
| GORDON W. FASSETT, STATE ENGINEER | | Western Consultants | | | |
| DRAWN BY: C40 | CHECKED BY: FGH | DATE: 1-24-93 | SHEET NO: 1A OF 8 |

SCANNED JAN 04 2022

S.E. DOCKET No. 92-3-1   PERMIT Nos. 68YZ ENL., 68YZ ENL., 9250 RES.   E-22



DEFENDANT'S
EXHIBIT

EE
682

Form S.W.
Rev. 4-82

STUDLEY

NOTE: Do not fold this form. Use type-
writer or print neatly with black
ink.

# STATE OF WYOMING
## OFFICE OF THE STATE ENGINEER

### APPLICATION FOR PERMIT TO APPROPRIATE SURFACE WATER

MICRO
FILMED   APR 15 87

THIS SECTION IS NOT TO BE FILLED IN BY APPLICANT

Filing/Priority Date

THE STATE OF WYOMING, } SS.
STATE ENGINEER'S OFFICE

This instrument was received and filed for record on the ____1st____ day of ____May____ A.D.
19_86_, at ___3:30___ o'clock ____P.____ M.

_Frank J. Trelease_
FRANK J. TRELEASE, Assistant State Engineer

Recorded in Book ____42____ of Reservoirs, ____ on Page ____53____
Fee Paid $_25.00____ Map Filed _E_

WATER DIVISION NO. ____I____        DISTRICT NO. ___4___    Temp. Filing No. 26  5/29

S.O.D.    PERMIT NO. ____9250____ RESERVOIR
                              E-22

NAME OF FACILITY

THE _Enlargement of Lake Hattie (Permit Nos. 1372 R)_ ~~1372 R~~ RESERVOIR

1. Name(s), mailing address and phone no. of applicant(s) is are ~~Laramie Rivers Company~~
PIONEER CANAL/LAKE HATTIE IRRIGATION DISTRICT ~~P.O. Box 1285~~
P.O. BOX 1285                                    ~~Laramie, Wyoming 82070~~
LARAMIE, WYOMING 82070
                          (If more than one applicant, designate one to act as Agent for the others)

2. Name & address of agent to receive correspondence and notices _Paul A. Rechard, PE & LS._
_Western Water Consultants, Inc., 611 Skyline Road, Laramie, Wyo. 82070_

3. The use to which the water is to be applied is _Irrigation, Mun., Ind., Fish, Flood Control, Power, Domestic_ (SEE
   (a) If more than one beneficial use of water is applied for, the reservoir capacity must be allocated in acre-feet to the various uses REMARKS)

| Active Capacity | Inactive Capacity |
|---|---|
| * 28,426 acre-feet: Irrigation & Temporary | (SEE REMARKS) |
| ~~36,834~~ Storage (SEE REMARKS) | |
| 40,574 acre-feet: (SEE REMARKS) | |

   (b) The area of the high-water line of the reservoir is ___3,032___ acres.   * 28,426 A-F, Permit No. 1372 RES.
   (c) The total available capacity of the reservoir is ~~65,260~~ ~~69,000~~ acre-feet, 36,834 ~~40,574~~ A-F, This Enl.
                                                    36,834  40,574
   (d) If enlargement, the capacity of this enlargement is ~~40,623~~ acre-feet.  ~~69,000~~ A-F Total (SEE REMARKS)
                                                                                 69,260

4. The source of the proposed appropriation is _Laramie River and Little Laramie River_ ~~and~~
~~local Drainage~~, all tributary to North Platte River.

5. The outlet of the proposed reservoir is located ___N. 29° 15' E.___, ___2,280___ feet distant from the
___Southwest___ corner of Section ___26___ T. ___15___ N. R. ___76___ W., and is in the
___NW¼ SW¼___ of Section ___26___ T. ___15___ N. R. ___76___ W.

6. Are any of the lands covered by the proposed reservoir owned by the State or Federal Government? If so, describe lands and designate
whether State or Federally owned.
_Federal - a portion of Section 26, T15N, R76W. The BLM_
_has Sold to various private owners most of the land adjacent to_
_the reservoir._

7. Fill out either (a) or (b).
   (a) The reservoir is located in the channel of ____
   (b) The reservoir is to be filled through the _Lake Hattie Supply Canals Nos. 1 and 2._
   Canal, which has a carrying capacity of _1,500 & 700_ cubic feet per second, _respectively._

8. (a) The dam is to be constructed as follows: _Existing Compacted Earthfill_
   ____ Contents ____ Cubic Yards.
   (b) The water face of the dam is to be protected from wave action in the following manner:
   _Rock Rip Rap_

Permit No. ____9250____ Res.                              Page No. ____53____

DEFENDANT'S EXHIBIT
FF

9. The estimated time required for commencement of work is __5 · Years__ for completion of Construction is __5 · Years__

10. The accompanying map is prepared in accordance with the State Engineer's Manual of Regulations and Instructions for filing applications and is hereby declared a part of this application. The State Engineer may require the filing of detailed construction plans.

Under penalties of perjury, I declare that I have examined this application and to the best of my knowledge and belief it is true, correct and complete.

_Paul DeRichard_
Signature of Applicant or Agent

Date __May 1, 1986__

NOTE: If construction under this application is for enlargement of an existing reservoir, a consent to this enlargement should be attached hereto from its present owners.

## REMARKS

ITEM 3 - Active Contents:
    Permit No. 1372 Res. capacity includes:
    Irrigation -                     28,126 A-F
    Temporary storage for water restored in Twin
    Buttes Reservoir, Permit No. 7435 Res., for
    the Game and Fish Commission per Order Record
    19, Pages 236-237.                  300 A-F
                Total - Permit No. 1372 Res.  28,426 A-F  *

ITEM 3 - Inactive Contents:
    A natural basin creates the inactive capacity, or dead storage of this reservoir, the capacity of which was not determined by the survey for this application, and the determination of inactive capacity was waived by the State Engineer to reduce the cost of the survey.

NOTE: The entire capacity of Permit No. 1373 Res., Enl. Lake Hattie Reservoir, is completely abandoned. See Order Record 27, Pages 443-448.

ITEM 3 - Uses: The applicant believes that all uses specified are justifiable with the following explanations;

    1. IRRIGATION. This type of use is obvious and was provided in the original application. We do not want to specify the lands to be irrigated because they may vary from year to year.
    2. MUNICIPAL. It is possible that the City of Laramie might want to become a co-sponsor of the project under the auspices of the Water Development Commission. The City might make use of Lake Hattie either by treating the water to provide potable supplies or for use of untreated water within the municipality.
    3. INDUSTRIAL. The economic development board of the City and County is actively pursuing various types of economic development for the area. The possibility of using Lake Hattie to provide water for industrial purposes should be provided.

SEE REMARKS CONTINUATION SHEET

### NOTICE

A Manual of Regulations and Instructions for filing applications will be furnished by the State Engineer's Office upon request. By carefully complying with the instructions contained in the Manual, much trouble and delay will be saved by the applicant, the professional engineer or land surveyor, and the State Engineer's Office.

This application must be accompanied by maps in duplicate, prepared in accordance with the Manual and by a filing fee of twenty-five dollars ($25.00).

Applications returned for corrections must be resubmitted to the State Engineer within 90 days with the corrections properly made; otherwise the filing will be cancelled.

This application, when approved, does not constitute a complete water right. It is your authority to begin construction work, which must be commenced within the time allowed in the permit.

Notice of commencement of work and completion of the work described in the permit, must be filed in the State Engineer's Office before the expiration of the time allowed in the permit.

If extensions of time beyond the time limits set forth in the permit are required, requests for same must be in writing, stating why the additional time is required, and must be received in the State Engineer's Office before the expiration of the time allowed in the permit.

To perfect your water right, your Water Division Superintendent, or his authorized representative, will contact you after you have submitted notice to the State Engineer stating you have completed the construction as described in your permit. After execution of the proof, it will be considered by the State Board of Control, and, if found to be satisfactory, the Board will issue to you a Certificate of Appropriation which will constitute a completed water right.

The granting of a permit does not constitute the granting of a right-of-way. If any right of way is necessary in connection with the application, it should be understood that this responsibility is the applicant's.

MICRO-
FILMED  APR 1 5 '87

## REMARKS CONTINUATION

T.F. NO. __26  5/29__

4. FISH (and recreation). Lake Hattie is a significant fishing resource for Albany County. In addition, the Wyoming Game and Fish Commission purchased water from Lake Hattie for use in Twin Buttes Reservoir, Permit No. 7435 RES. Another fishing reservoir (12-Mile Lake) might be developed in the future, using Lake Hattie water. There is considerable interest in the possibility of releasing Lake Hattie water to the Laramie River to provide minimum flow for fish and recreation.

5. FLOOD CONTROL. When the Laramie and/or Little Laramie Rivers are flooding, it is proposed to divert some of the flood waters to Lake Hattie, thereby reducing the flood level in the rivers.

6. POWER. There is a possibility that Basin Electric or some other power generating company might purchase water from Lake Hattie in times of shortage.

7. DOMESTIC. Currently cabins along the shore of the lake or ranches along the outlet canals make use of Lake Hattie water for domestic purposes.

In regard to the allocation for storage for each purpose, it is not proposed to allocate specific amounts to specific purposes. Lake Hattie will be used for long term hold-over storage and year to year uses may vary. It would severly limit the usability of the reservoir and the water resources of Wyoming if all of the above types of uses were not included or to require allocations to specific purposes. It is proposed that the entire active capacity have the capability of being used for any of the stated purposes on an as needed basis.

NOTE: See "Final Report, Lake Hattie Rehabilitation Project, Level II, March 14, 1986", in State Engineer's Library - *TD 395 WB*.

Lake Hattie Dam and Reservoir and supply canals are existing facilities. The map presented is for the purpose of satisfying the requirements of the Board of Control as issued in Order Record 27, Page 443, and to apply for an enlargement of the water right to store up to 69,000 acre-feet. The State of Wyoming Water Development Commission is investigating the possibility of rehabilitating the facilities. The work proposed is described in "Final Report, Lake Hattie Rehabilitation Project, Level II, March 14, 1986" submitted to the Water Development Commission.

The major items of rehabilitation include placing gates at the inlets of the outlet works, replacing riprap on the face of the dam and enlarging the supply canals.

NOTE: See "Wyoming Dam Inspection Report" copy, filed in Miscellaneous Notices under Permit No. 9250 RES.



THE STATE OF WYOMING, }
STATE ENGINEER'S OFFICE } SS.

    THIS IS TO CERTIFY that I have examined the foregoing application and do hereby grant the same subject to the following limitations and conditions:

This permit grants only the right to use the water available in the stream after all prior rights are satisfied.

    This permit is granted for Irrigation, Municipal, Industrial, Fish, Flood Control, Power and Domestic purposes (40,574 acre-feet enlarged active capacity). The uses being made at the time of adjudication shall be determined and adjudicated, and the permit uses adjudicated accordingly, eliminating the uses not being made. NOTE: A natural basin creates the inactive capacity, or dead storage of this reservoir, the capacity of which was not determined by the survey for this application, and the determination of which was waived by the State Engineer to reduce the cost of the survey.

    Water stored in this facility is provided under Permit No. 6842 ENL., Second Enl. of Lake Hattie Supply Canal, from Laramie River, tributary of North Platte River; and Permit No. 6843 ENL., Lake Hattie Supply Canal No. 2, from Little Laramie River, tributary of Laramie River, tributary of North Platte River.

    If the State Engineer determines at any point in time that the public safety so requires, water impounded in this facility shall be evacuated or maintained at any water level which may be required by the State Engineer. This condition is imposed in order to satisfy the requirements of Section 41-3-307 through 41-3-318, Wyoming Statutes.

    The Enlargement of Lake Hattie Reservoir that is authorized by the issuance of this permit falls under the requirements of Wyoming Statutes 41-3-307 through 41-3-318. The rehabilitation work required under this permit must be supervised by a professional engineer licensed to practice in Wyoming, after plans for such replacement of inlet gates in the outlet works and replacing riprap on the face of dam are submitted to and approved by the State Engineer; and the integrity of this facility and its operation as well as the responsibility for the safe operation of this facility rest with the owner.

    The granting of this permit does not constitute the granting of rights-of-way. The permittee must resolve any rights-of-way problems prior to storing water to the maximum elevation of 7278.

The time for commencement of construction work shall terminate on _December 31, 1991_.

The time for completing the construction of the reservoir shall terminate on December 31, 19 _91_.

Witness my hand this _13th_ day of _March_ A.D. 19 _87_.

_George L. Christopulos_
George L. Christopulos,     State Engineer

Permit No. _9250_ Res.

Page No. **53**
(Leave Blank)

PERMIT NO. ___9250___ RES.

E-22

PERMIT STATUS

Priority Date __May 1, 1986_____    Approval Date __March 13, 1987_____

December 28, 1990 – As-built drawings for Lake Hattie Reservoir received.  Plans (11 sheets)
      are filed in Safety of Dams file  under Permit No. 9250 Res., Water
      Division No. 1.
                                            MICRO FILMED MAY 23 '91

September 30, 1991 – Notice of expiration of time for commencement of work and completion of
      construction mailed.

October 10, 1991 – Notice of commencement of construction on October 16, 1989 received
      from Paul Rechard, Agent.

October 10, 1991 – Notice of completion of construction on January 9, 1990 received
      from Paul Rechard, Agent.
                                         OCT 22 '91

February 12, 1992 – Laramie Rivers Company hereby transfers and assigns all their
      right, title and interest of whatsoever nature in this permit
      to Pioneer Canal/Lake Hattie Irrigation District, P.O. Box 1285,
      Laramie, Wyoming 82070, their heirs successors or assigns
      forever.  Assignment filed in Miscellaneous Notices, Permit No.
      9250 Reservoir.
                                MICRO FILMED MAR 0 6 1992

~~PROOF PREPARED: ADJUDICATION IN PRT XX~~

March 11, 1992 – Petition, S.E. Docket No. 92-3-1, GRANTED to amend the map to show
      the as-built Cross Section at Outlet Works with modified controlling
      elevation for active capacity at elevation 7251.9, and to reduce the
      capacity under this Enl. Lake Hattie Reservoir from 40,574 acre-feet
      to 36,834 acre-feet, and the total capacity from 69,000 acre-feet to
      65,260 acre-feet in accordance with the modification of the active
      capacity controlling elevation.

      See Board Minute excerpts authorizing James O. Tucker to sign the
      petition on behalf of Pioneer Canal - Lake Hattie Irrigation District,
      filed in Miscellaneous Notices under this permit.

      Petition map filed in Drawer E-22 as Sheet 1A of 6 of the original
      permit map, under Permit No. 6842 ENL.

      Petition recorded in Miscellaneous Records Book No. 14, pages 101 & 102.

                            _Gordon W. Fassett_
                          Gordon W. Fassett, State Engineer
                                    MICRO FILMED MAR 1 0

CERT. REC. R-13 P. 193 PROOF NO. 36106

IRR. ____ STK. ____ DOM. ____ MISC. Ice, Mun., Ind., Fish, Prop., Flood Control,
AC. 36,834 ____ C.F.S. ____ Power, Domm.   MICRO FILMED JUN 21 1993

APPROVED on FILE    JAN 1 3 1995



## CROSS SECTION AT OUTLET WORKS
LAKE HATTIE DAM
SCALE: 1"=10'

(NOTE: THIS DRAWING SHOWS THE CROSS-SECTION AS REHABILITATED IN 1989-1990)

## LAKE HATTIE RESERVOIR AREA-CAPACITY TABLE
(CORRECTED BY THE PETITION)

| | ELEVATION (MSL) | AREA (ACRES) | AVERAGE AREA (ACRES) | INCREMENTAL CAPACITY (ACRE-FEET) | ACCUMULATIVE ACTIVE CAPACITY (ACRE-FEET) | USE AND COMMENT |
|---|---|---|---|---|---|---|
| CAPACITY UNDER LAKE HATTIE RESERVOIR PERMIT NO 1372 RES. WITH PRIORITY OF MAY 11, 1908 28,428 ACRE-FEET | 7250 | 1931 | | | | INACTIVE STORAGE CAPACITY BELOW ELEVATION 7250, NOT DETERMINED BY THIS SURVEY |
| | 7251.9 | 1927 | | | 0 | |
| | | | 2051 | 6,358 | | |
| | 7255 | 2105 | | | 6,358 | |
| | | | 2193 | 10,965 | | |
| | 7260 | 2281 | | | 17,323 | USES - SEE NOTE ** BELOW IRRIGATION - 28,128 A/F TEMPORARY STORAGE - 300 A.F. |
| | | | 2357 | 7,071 | | |
| | 7283 | 2433 | | | 24,394 | |
| | | | 2459 | 4,032 | | |
| | 7284.64 | 2463 | | | 28,426 | |
| AMENDED CAPACITY PERMIT NO.9250 RES. ENL. LAKE HATTIE RESERVOIR, 36,834 ACRE-FEET THIS PETITION | | | 2495 | 898 | | ENLARGEMENT USES: IRRIGATION, MUNICIPAL, INDUSTRIAL, FISH, FLOOD CONTROL, POWER, DOMESTIC — 36,834 A.F. |
| | 7285 | 2504 | | | 29,324 | |
| | | | 2608 | 13,040 | | |
| | 7270 | 2712 | | | 42,364 | |
| | | | 2802 | 14,010 | | |
| | 7275 | 2892 | | | 56,374 | |
| | | | 2982 | 8,886 | | |
| | 7278 | 3032 | | | 65,260 | |
| | TOTAL AVAILABLE CAPACITY 65,260 ACRE-FEET | | | | | |

** NOTE: A. UNDER ORDER RECORD 27, PAGES 443-448, THE FOLLOWING OCCURS:

1.) THE ENTIRE CAPACITY OF ENL. LAKE HATTIE RESERVOIR, PERMIT NO 1373 RES. IS ABANDONED.

2.) THE WYOMING GAME AND FISH COMMISSION MAY FROM TIME TO TIME CONTINUE TO TEMPORARILY STORE, ABOVE ELEVATION 7283, THE 300 ACRE-FEET OF WATER WHICH IS IN TRANSIT TO TWIN BUTTES RESERVOIR, PERMIT NO. 7435 RES., PURSUANT TO ORDER RECORD 19, PAGES 236-237.

3.) LAKE HATTIE RESERVOIR, PERMIT NO. 1372 RES. HAS 31,374 ACRE-FEET ABANDONED, WITH THE REMAINING ADJUDICATED CAPACITY OF 28,128 ACRE-FEET FOR IRRIGATION PURPOSES BELOW ELEVATION 7283, AND 300 ACRE-FEET AS DESCRIBED IN 2.) ABOVE FOR TEMPORARY STORAGE BETWEEN ELEVATION 7283 AND ELVATION 7283.12.

B DUE TO THE CHANGE IN DEAD STORAGE ELEVATION, REFERENCES ABOVE TO ELEVATIONS 7283 AND 7283.12 ARE CHANGED TO 7284.52 7284.64, RESPECTIVELY

### EXPLANATORY STATEMENT

LAKE HATTIE DAM AND RESERVOIR AND SUPPLY CANALS ARE EXISTING FACILITIES. THE MAP PRESENTED HEREIN IS FOR THE PURPOSE OF SATISFYING THE REQUIREMENTS OF THE BOARD OF CONTROL AS ISSUED IN ORDER RECORD 27, PAGE 443, AND TO APPLY FOR AN ENLARGEMENT OF THE WATER RIGHT. THE STATE OF WYOMING WATER DEVELOPMENT COMMISSION PARTICIPATED IN REHABILITATING THE FACILITIES. THE WORK ACCOMPLISHED IS DESCRIBED IN FINAL REPORT, LAKE HATTIE REHABILITATION PROJECT, LEVEL II, MARCH 14, 1988 SUBMITTED TO WATER DEVELOPMENT COMMISSION, AND AS-BUILT DRAWINGS SUBMITTED TO THE STATE ENGINEER'S OFFICE DECEMBER 27, 1990.

THE MAJOR ITEMS OF REHABILITATION INCLUDE PLACING GATES AT THE INLETS OF THE OUTLET WORKS, REPLACING RIPRAP ON THE FACE OF THE DAM, CONSTRUCTING A DOWNSTREAM TOE BERM AND EXPANDING THE ENERGY DISSIPATION STRUCTURE.

DURING REHABILITATION THE CONTROLLING ELEVATION FOR DEAD STORAGE WHICH IS AT THE DOWNSTREAM END OF THE ENERGY DISSIPATOR WAS DETERMINED TO BE 7251.9 FEET. PERMIT NO. 9250 RES. SHOWS THE DEAD STORAGE ELEVATION AT 7250 FEET. THIS CHANGE NECESSITATES THIS PETITION.

### STATEMENT OF ENGINEER

STATE OF WYOMING
COUNTY OF ALBANY

I, PAUL A. RECHARD OF LARAMIE, WYOMING HEREBY STATE THAT THIS MAP WAS MADE FROM INFORMATION ON FILE IN THE STATE ENGINEER'S OFFICE AND FROM USGS 7 1/2 MINUTE QUADRANGLE MAPS (SODERGREEN LAKE AND MILLBROOK), AND ACTUAL SURVEYS MADE BY ME OR UNDER MY DIRECTION DURING FEBRUARY AND MARCH 1988, AND DECEMBER 1990, AND THAT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, IT CORRECTLY REPRESENTS THE LOCATIONS OF THE RESERVOIR AND SUPPLY CANALS, AND THEIR CAPACITIES AS DESCRIBED IN THE ACCOMPANYING APPLICATION AND PETITION.

Jan 30, 1992
DATE

[signature]
PAUL A. RECHARD
P.E. & L.S. WYOMING # 436

SCANNED JAN 04 2005

APPROVED March 11, 1992
Gordon W. Fassett
GORDON W. FASSETT, STATE ENGINEER

Western Water Consultants, Inc.

MAP TO ACCOMPANY A PETITION TO THE STATE ENGINEER TO MAKE AMENDMENTS TO THE MAP AND TO REDUCE THE CAPACITY OF THE ENLARGEMENT OF LAKE HATTIE RESERVOIR, PERMIT NO. 9250 RES.

APPLICANT
PIONEER CANAL-LAKE HATTIE IRRIGATION DISTRICT
P.O. BOX 1285 LARAMIE, WY 82070

MAP TO ACCOMPANY APPLICATIONS FOR:

ENLARGEMENT LAKE HATTIE RESERVOIR
SECOND ENLARGEMENT LAKE HATTIE SUPPLY CANAL
ENLARGEMENT LAKE HATTIE SUPPLY CANAL NO. 2

APPLICANT:
LARAMIE RIVERS COMPANY
P.O. BOX 1285
LARAMIE, WYOMING 82070
AND

MAP TO THE STATE BOARD OF CONTROL PURSUANT TO ORDER RECORD 27, PAGE 443-448, TO IDENTIFY PARTIAL ABANDONMENT OF LAKE HATTIE RESERVOIR, PERMIT NO. 1372 RES., PROOF NO. 16003, WITH PRIORITY OF MAY 11, 1908; AND TOTAL ABANDONMENT OF ENL. LAKE HATTIE RESERVOIR, PERMIT NO. 1373 RES., PROOF NO. 16004, WITH PRIORITY OF SEPTEMBER 18, 1908.

| DRAWN BY: | CHECKED BY: | DATE: | SHEET NO: |
|---|---|---|---|
| CdB | PAR | 1-24-92 | 1A OF 6 |

S.E. Docket No. 92-3-1    Permit Nos. 6842 Enl., 6843 Enl. & 9250 Res.    E-22







MAP TO ACCOMPANY APPLICATIONS
FOR
ENLARGEMENT LAKE HATTIE RESERVOIR
SECOND ENLARGEMENT LAKE HATTIE SUPPLY CANAL
ENLARGEMENT LAKE HATTIE SUPPLY CANAL NO. 2

APPLICANT:
LARAMIE RIVERS COMPANY
P.O. BOX 1269
LARAMIE, WYOMING 82070





MAXIMUM DAM HEIGHT = 43 FEET
16'
TOP
ELEV. 7285'
2.5
2
7280'
HWL ELEV. 7278'
7270'
ELEV. 7263'
7260'
RESERVOIR
7250'
COMPACTED EARTH-FILL
ELEVATION OF TOE = 7242'
9250R
MAXIMUM CROSS SECTION
LAKE HATTIE DAM
(NOTE: THIS DRAWING MADE FROM MAP ON FILE IN STATE ENGINEER'S OFFICE)
SCALE: 1" = 10'
HWL ELEV. 7278
ELEV 7252.8'
7250' PRESENT ELEV. LAKE HATTIE
PROFILE OF DAM SITE
SCALE: Vert. 1" = 10' Horiz. 1" = 200'
(NOTE: Record profile from map for Permit No. 1573 RES.)
NOTE: A NATURAL BASIN CREATES THE DEAD STORAGE, THE CAPACITY OF WHICH HAS NOT BEEN DETERMINED AND WAS WAIVED BY THE STATE ENGINEER TO REDUCE THE COST OF THE SURVEY.
THIS CONCRETE WALL IS NOT CONTINUOUS ACROSS THE DAM AND DOES NOT INCREASE THE FREEBOARD CAPACITY OF THE RESERVOIR.
ELEV. 7285'
HIGH WATER LINE ELEVATION 7278'
ELEVATION 7263'
ELEVATION 7250'
ORIGINAL GROUND SURFACE
EL. 7242'
ELEV. 7241'
4-4' Ø STEEL PIPES
NOTE: CONTROLLING ELEVATION FOR ACTIVE CAPACITY
ELEV. 7250.0'
Petition, S.E. Docket No. 92-3-1, Granted to amend map and to reduce capacity (amend capacity table), Permit No. 9250 Res. See map sheet 1A of 6 showing said amendments and made a part of this map.
CROSS SECTION AT OUTLET WORKS
LAKE HATTIE DAM
(NOTE: THIS DRAWING MADE FROM MAP ON FILE IN STATE ENGINEER'S OFFICE)
SCALE: 3/32" = 1 Ft.
NOTE: MEASURED CAPACITIES OF EACH OF THE 4' DIA. STEEL OUTLET PIPES IS 200 C.F.S., FOR A COMBINED TOTAL CAPACITY OF 800 C.F.S. SEE "FINAL REPORT, LAKE HATTIE REHABILITATION PROJECT, LEVEL II, MARCH 16, 1986", PAGES 98 THRU 103, IN STATE ENGINEER'S LIBRARY — TD395.W8.
SCANNED JAN 04 2006
Western Water Consultants, Inc.
MAP TO ACCOMPANY APPLICATIONS
FOR:
ENLARGEMENT LAKE HATTIE RESERVOIR
SECOND ENLARGEMENT LAKE HATTIE SUPPLY CANAL
ENLARGEMENT LAKE HATTIE SUPPLY CANAL NO. 2
APPLICANT:
LARAMIE RIVERS COMPANY
P.O. BOX 1285
LARAMIE, WYOMING 82070
AND
MAP TO THE STATE BOARD OF CONTROL PURSUANT TO ORDER RECORD 37, PAGE 443-446, TO IDENTIFY PARTIAL ABANDONMENT OF LAKE HATTIE RESERVOIR, PERMIT NO 1572 RES., PROOF NO. 16003, WITH PRIORITY OF MAY 11, 1908, AND TOTAL ABANDONMENT OF ENL. LAKE HATTIE RESERVOIR, PERMIT NO. 1573 RES., PROOF NO 16004, WITH PRIORITY OF SEPTEMBER 18, 1908
DRAWN BY: MMW
CHECKED BY: PAR
DATE: 4-7-86
SHEET NO: 6 OF 6

**119** ~~Cancelled~~　**CANCELLED**

# RESERVOIR APPLICATIONS

MICRO-FILMED  SEP 17 '80

Application for a Permit to ~~Construct~~ *Enlarge* the Lake Hattie ............................ Reservoir, and
to Store the Unappropriated Water of the State of Wyoming.

WATER DIVISION No. 1　　　　　DISTRICT No.

I, Z. I. Serrison

of Laramie .............., County of Albany ............................, State of Wyoming

being duly sworn according to law, upon my oath say:

1. The name of the applicant. G. S. Speer

2. The postoffice address of the applicant Chicago, Ill.

3. The name of stream from which reservoir is to be filled and appropriation made is
Flood Waters of Laramie River

4. The use to which the water is to be applied is Irrigation

5. The location of the proposed reservoir will be in Sec. 20, 21, 22, 23, 26, 27, 28, 29, 30, 32, 33 T. 15 ......... N., R. 76 W.,
described as follows:

(a) State whether situated in channel of running stream, and give character of material at outlet.
Not in channel of any stream
Material at outlet a fine sandy loam

(b) If not in channel of running stream state how it is to be filled. If through canal give name and dimensions:
To be filled through Hattie Supply Canal.

(c) The construction of dam, the material of which it is to be built and the method of protecting from waves as follows:
Dam to be of earth

6. The area of reservoir is 2345 acres with maximum depth of 60 feet and approximate mean depth of water of 40 feet.

7. The dimensions of dam are: Length on top, 1480 feet. Length on bottom, 110 feet. Width on top, 14 feet.
Width on bottom, 214 feet. Depth, 40 feet. Slope of front, 3-1. Slope of back, 2-1.
Height of dam above water line when full, 8 feet.

8. The outlet and wasteway, with dimensions of each, are as follows:

9. The outlet of the proposed reservoir is located

SE¼ NW¼ of Section 26 ............, Township 15 North, Range 76 West.

10. The estimated cost of said reservoir is $45,000.

11. Construction will begin on proposed works on or before First years from date of Approval.

12. The time required for the completion of the works is First years from Date of Approval ............ 190...

Signed: Z. I. Serrison

NOTE.—The statements in this foregoing application, together with the maps and plans, must comply with the requirements of Chapter 69, Session Laws 1905.

PAGE 119

PERMIT NO.  1373  RESERVOIR          Book  5

PERMIT NO. _1373 Res._____

PERMIT STATUS

Priority Date _September 18, 1908___        Approval Date _September 23, 1908_

April 4, 1980 - Plans for repair of Lake Hattie Dam were approved.  Plans indicate
repair of the eroded face (870 feet long) of the dam.  Eroded face
will be backfilled and compacted with clay soil material and pro-
tected with a rock filled wire mesh blanket.

Permits No. 1372 Res., and 1373 Res., endorsed showing this repair
activity.  These construction plans, original permit maps (1372 Res.,
in folded file and 1373 Res., in "P" File, Division 1 under Permit
No. 2113 Enl. "Amended") are cross-referenced.

Permits, permits maps, Construction Plans and State Engineer's letter
of approval dated April 4, 1980, microfilmed for this activity.  Said
letter of approval is filed in Miscellaneous Notices under Permit
No. 1373 Res.

Construction Plans (1 sheet) is filed in E-15, under Permit No. 1373
Res.

_George L. Christopulos_
GEORGE L. CHRISTOPULOS
State Engineer    MICRO-
FILMED APR 9 '80


September 13, 1989 - Construction Plans and Specifications for the rehabilitation of the outlet works, repairs
to the upstream face riprap and construction of a toe drain at Lake Hattie Dam approved.
Plans (11 Mylar sheets) filed under Permit NO. 1373 Res. in Safety of Dams Plans file
under Water Division No. 1.  Also see Safety of Dams files under Lake Hattie.  Letter of
approval dated September 13, 1989, filed in Miscellaneous Notices under Permit No. 1373 Res.

NOTE:  As-built Plans (11-sheets) as referenced above, are filed in Safety of Dams file     MICRO
under Permit No. 9250 Res. Water Division No. 1.                                           FILMED DEC 1 9 '89

April 2, 1991 - This permit Cancelled or Abandoned upon recommendation of the Board of Control as a result
of action by the Board on August 18, 1983.  See Order Record Book No. _27_, pages _443_
through _448_.

_Gordon W. Fassett_
GORDON W. FASSETT, State Engineer    MICRO
FILMED APR 1 1 '91





RECEIVED
RAWLINS, WY
1971 MAY 31  AM 8:24

Certified to be a true and comparative
copy of the official records on file
with the Bureau of Land Management

Signature: *Beth Holden, Realty Specialist*

---

ORIGINAL
5126

UNITED STATES
DEPARTMENT OF THE INTERIOR
—GENERAL LAND OFFICE—

# FIELD NOTES

OF THE METES-AND-BOUNDS SURVEY OF SMALL TRACTS IN SECTION 28,

AND THE DEPENDENT RESURVEY OF A PORTION OF THE BOUNDARIES OF SECTION 28,

TOWNSHIP 15 NORTH, RANGE 76 WEST

Of the ...... SIXTH PRINCIPAL ...... Meridian,

In the State of ...... WYOMING

EXECUTED BY

Thomas W. Crawford, Cadastral Engineer,

Under special instructions dated ...... February  24 ...... , 19 52 , which provided

for the surveys included under Group No. ...... 219 ...... , bearing the approval of the

Commissioner of the General Land Office under date of ...... March 7, 1950

and assignment instructions dated ...... October 6 ...... , 19 45

Survey commenced ...... October  12 ...... , 19 49

Survey completed ...... April  3 ...... , 19 50

INDEX DIAGRAM

Survey of Small Tracts in Section 28, Township 15 North, Range 76 West.

SEC. 28
4
6
7
10
11
16
5
1
2
3

Certified to be a true and comparative copy of the official records on file with the Bureau of Land Management

Signature: Beth Holden, Realty Specialist

1

LAKE HATTIE SMALL TRACTS IN SECTION 28, TOWNSHIP 15 NORTH, RANGE 76 WEST.

This survey was made with a Gurley transit Serial No. 461,258, property of the US Bureau of Land Management. The instrument was in good condition, and having been placed in satisfactory adjustment prior to beginning the survey, is tested and found free from appreciable error.

The area to be surveyed is located on rolling prairie land, with no timber or undergrowth. The bearing of the controlling south boundary of section 28 is determined by an observation upon Polaris for azimuth as shown herein. The bearings of the various lines are deflected from the south boundary of section 28, by repetition of angles and are carried forward as transit lines, taking the mean of direct and reversed sights at each instrument station. The measurements were made with a narrow steel tape 8 chains in length. The tape was tested by comparison with a standard steel tape 1 chain in length, and found correct. The measurements were made on the slope and the vertical angles determined with the vertical circle of the transit. The field notes show the horizontal equivalents only.

October 17, 1949, at Laramie, Wyoming, I set my watch correct with 105 Meridian Standard time, by radio signals. On the same date: At the south-east corner of section 28, T. 15 N., R. 76 W., in latitude 41°14' N., and longitude 105° 55' W., I make an observation of Polaris at Eastern Elongation, and with the telescope in direct and reversed positions, reading the horizontal deflection angle, by repetition, from a flag set on the true line on the south boundary of section 28, 30 chains westward, from W. to N. to Polaris.

| | |
|---|---|
| Watch time of observation | 6h 4.7m p.m. |
| Mean horizontal angle of Polaris to flag | 91° 56.5' N. to W. |
| Azimuth of Polaris | 1° 17.5' E. |
| True bearing of flag. | S. 89° 21' W. |

This Small Tracts survey in section 28 is initiated on the official request of the Regional Chief of Land Planning, and is executed in order that the area may be administrated under the Small Tracts Act of June 1, 1938.

A dependent resurvey is made of the boundaries of section 28, that are located on the south side of Lake Hattie; and that portion of the section is subdivided. Lake Hattie Reservoir is an artificial reservoir constructed by the Lake Hattie Reservoir and Irrigation Company; who have an easement for the reservoir right-of-way under Serial No. Cheyenne 04977, dated February 14, 1911. That part of the right-of-way on the south side of the reservoir, through section 28, and the portion in the south-west quarter of the section are retraced and resurveyed. The retracement of this right-of-way reveals some evidence of the original marking of this line. The retracement of the right-of-way on the south boundary of the reservoir indicates a correction of two minutes to the right is necessary. This adjustment is applied to the record courses of the right-of-way survey, between identified angle points. The difference in departure of the record and that found on the ground is negligible. The correction in distance is applied so as to use the nearest even link in measurement for the various courses of the resurvey. A part of the right-of-way line is below the present water line of the lake.

A line is established south of the reservoir right-of-way approximately 10 feet above the present water line of the lake, on which the north end of the lots facing the lake are established.

Preliminary to the resurvey of the section boundaries, the lines of the original survey are retraced, the original corners are found and remonumented in their original positions. The retracement data are thoroughly verified and to gain simplification the true line field notes only are supplied herewith.

Township 15 North, Range 76 West was originally surveyed by US Deputy Surveyor Wm. O. Downey, in 1872. This survey is represented upon the township plat approved December 2, 1872

Certified to be a true and comparative copy of the official records on file with the Bureau of Land Management

Signature

Certified to be a true and comparative copy of the official records on file with the Bureau of Land Management

Signature:

26

Certificate as a true and comparative copy of the official records on file with the Bureau of Land Management

Signature

27

LAND OFFICE PLATS, TRACTS IN SECTION 36, TOWNSHIP 15 NORTH, RANGE 74 WEST.

Certified to be a true and comparative copy of the official records on file with the ... of Land Management

Signature _____

LAKE HATTIE SMALL TRACTS IN SECTION 28, TOWNSHIP 15 NORTH, RANGE 76 WEST.

Chains

N. 85° 43' W., 5.293 Set an iron post, 28 ins. long, 2½ ins. diam., 26 ins. in the ground, with brass cap mkd.

AP 10
1949

N. 81° 03' W., 9.90 At 3.47 on this course intersect the N. 1/16 subdivision of section line, which is marked for corner of lots 30, 31, 53 and 54, as hereinbefore described.
At end of course.
Set an iron post, 28 ins. long, 2½ ins. diam., 26 ins. in the ground, with brass cap mkd.

AP 11
1949

N. 73° 35' W., 9.05 Set an iron post, 28 ins. long, 2½ ins. diam., 26 ins. in the ground, with brass cap mkd.

AP 12
1949

S. 78° 28' W., 5.02 The corner of Lots 40 and 54, on the W. Bdy. of section 28, marked as hereinbefore described.

Traverse of the south boundary of the lots in section 28, facing toward Lake Hattie Reservoir.

From the corner of Lots [illegible] and 55, on the east boundary of section 28.

N. 75° 58' W., 16.427 Set an iron post, 28 ins. long, 2½ ins. diam., 26 ins. in the ground, with brass cap mkd.

AP 13
19 | 18
1949

N. 62° 33' W., 27.175 At 4.643 intersect the E. 1/16 subdivision of section line, marked as hereinbefore described.
At end of course intersect the center meridional subdivision of section line, which is marked with an iron post, set and marked as hereinbefore described.

S. 51° 32' W., 7.763 Set an iron post, 28 ins. long, 2½ ins. diam., 26 ins. in the ground, with brass cap mkd.

AP 15
124 | 123
1949

S. 57° 19' W., 6.399 Set an iron post, 28 ins. long, 2½ ins. diam., 26 ins. in the ground, with brass cap mkd.

AP 16
1949

Certified to be a true and comparative copy of the official records on file with the Bureau of Land Management

Signature: Beth Holden, Data Specialist

11

LAKE MATTIE SMALL TRACTS IN SECTION 28, TOWNSHIP 18 NORTH, RANGE 75 WEST.

Chains | S. 78° 25' W., 5.504  Set an iron post, 29 ins. long, 2½ ins. diam., 25 ins. in the ground, with brass cap mkd.

AP 17
1949

N. 41° 49' W., 14.059 At 5.07 on this course intersect the N.1/16 meridional subdivision of section line, which is marked by an iron post as hereinbefore described.
At the end of course,
Set an iron post, 29 ins. long, 2½ ins. diam., 25 ins. in the ground, with brass cap mkd.

AP 18

| L 36 | L 36 |
| L 46 | L 46 |

1949

S. 89° 59' W., 10.058 At the end of course the corner of Lots 49 and 50, on the west boundary of section 28, marked by a wooden post as hereinbefore described.

Traverse of the south boundary of lots 41 and 42 in Section 28

From the SE Cor. of Lot 41 on the W 1/16 meridional subdivision of section line marked as hereinbefore described.

Cent. 3.739   At the end of course intersect AP 49 or the boundary of Lake Mattie Reservoir, marked as hereinbefore described.

Wooden stakes, 1x2x14 inches, were established at all lot corners excepting those connected with iron posts.

The dimensions and areas of all lots included in this survey are represented upon the official plat of the survey, which should be referred to for such information.

---

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

FIELD ASSISTANTS

| NAMES | CAPACITY |
|---|---|
| George M. Holland | Cartographic and Surveying Aid. |
| Allen E. Arnold | Surveying and Cartographic Aid. |
| John Routts | Surveying and Cartographic Aid. |

Certified to be a true and comparative copy of the official records on file with the Bureau of Land Management

Signature: _____

29