

RE: Trial Exhibits (16-CV-86-S)
Brandon Jensen
to:
Greg Weisz, Brian
06/27/2016 02:43 PM
Cc:
"Tiffany_Dyer@wyd.uscourts.gov", "Kelsey Vinson"
Hide Details
From: Brandon Jensen <brandon@buddfalen.com>
To: Greg Weisz <gweisz@penceandmac.com>, Brian <Brian@buddfalen.com>
Cc: "Tiffany_Dyer@wyd.uscourts.gov" <Tiffany_Dyer@wyd.uscourts.gov>, "Kelsey Vinson" <kvinson@penceandmac.com>

**I have no objection, except that I would ask that a legible copy be submitted. None of the information set forth on that map is readable or legible.**

**Brandon L. Jensen**
**Budd-Falen Law Offices, LLC**
**300 East 18th Street**
**Post Office Box 346**
**Cheyenne, Wyoming 82003**
**(307) 632-5105 (Telephone)**
**(307) 637-3891 (Facsimile)**
**brandon@buddfalen.com**

**CONFIDENTIALITY NOTICE**: This email contains confidential information that is legally privileged.  If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents is strictly prohibited.  If you have received this email in error, please immediately notify the sender and fully delete and remove the message from your computer system.

**From:** Greg Weisz [mailto:gweisz@penceandmac.com]
**Sent:** Monday, June 27, 2016 1:37 PM
**To:** Brandon Jensen; Brian
**Cc:** Tiffany_Dyer@wyd.uscourts.gov; Kelsey Vinson
**Subject:** FW: Trial Exhibits (16-CV-86-S)

Hi Brandon, Brian: see below, whereby my legal assistant sent Tiffany Dyer a complete copy of Exhibit FF by email. (You will recall that this was the exhibit that Judge Skavdahl asked about , and I put up on the projector.) Tiffany Dyer had asked us to provide copies to her of the exhibits that were discussed at Thursday's hearing.  We realized earlier today that what had been provided by my office was incomplete.

Tiffany has asked us to confirm with you that you have no objection to us sending her the complete exhibit.

Please let us all know.  Thank you.

Regards,

Greg Weisz

Cc: Tiffany Dyer, Deputy Clerk

**M. Gregory Weisz**
**Pence and MacMillan LLC**



| | | |
|---|---|---|
| P.O. Box 1285 | 129 East Carlson St. | P.O. Box 602 |
| Laramie, WY 82073 | Cheyenne, WY 82009 | 145 North Connor St., Suite #3 |
| 501 Garfield | (307) 638-0386 phone | Sheridan, WY 82801 |
| Laramie, WY 82070 | | |
| (307) 745-3626 phone | | |
| (307) 745-8669 fax | | |

THE INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS ATTORNEY/CLIENT PRIVILEGED OR IS OTHERWISE CONFIDENTIAL, IS PROTECTED FROM DISCLOSURE AND IS INTENDED ONLY FOR THE INTENDED RECIPIENT NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, WE HEREBY NOTIFY YOU THAT ANY EXAMINATION, USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY CALLING 307-745-3626.

Note: TAX ADVICE CONTAINED IN THIS COMMUNICATION, IF ANY, (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) IS NOT INTENDED TO BE USED, AND CANNOT BE USED, FOR PURPOSES OF (i) AVOIDING PENALTIES IMPOSED UNDER THE UNITED STATES INTERNAL REVENUE CODE OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PERSON ANY TAX-RELATED MATTER.

---

**From:** Kelsey Vinson
**Sent:** Monday, June 27, 2016 8:15 AM
**To:** Tiffany_Dyer@wyd.uscourts.gov
**Cc:** Greg Weisz
**Subject:** Trial Exhibits (16-CV-86-S)

Ms. Dyer,

I have realized that Exhibit "FF" of the submitted hearing documents (Filing No. 18) is incomplete. The map that Mr. Weisz used as his last example from Exhibit "FF" was inadvertently not submitted at the hearing.  I have added the map referenced (last page of Exhibit "FF")- that should be page 31 in the *Minute Order and Minute Entry* filing, as well as the complete Exhibit "FF", if you find this easier to work with.

I apologize for the inconvenience and please do not hesitate in contacting me with any additional questions.

Thank you.

Regards,

Kelsey Vinson
Legal Assistant



| P.O. Box 1285 | 129 East Carlson St. | P.O. Box 602 |
| Laramie, WY 82073 | Cheyenne, WY 82009 | 145 North Connor St., Suite #3 |
| 501 Garfield | (307) 638-0386 phone | Sheridan, WY 82801 |
| Laramie, WY 82070 | | |
| (307) 745-3626 phone | | |
| (307) 745-8669 fax | | |

THE INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS ATTORNEY/CLIENT PRIVILEGED OR IS OTHERWISE CONFIDENTIAL, IS PROTECTED FROM DISCLOSURE AND IS INTENDED ONLY FOR THE INTENDED RECIPIENT NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, WE HEREBY NOTIFY YOU THAT ANY EXAMINATION, USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY CALLING 307-745-3626.

Note: TAX ADVICE CONTAINED IN THIS COMMUNICATION, IF ANY, (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) IS NOT INTENDED TO BE USED, AND CANNOT BE USED, FOR PURPOSES OF (i) AVOIDING PENALTIES IMPOSED UNDER THE UNITED STATES INTERNAL REVENUE CODE OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PERSON ANY TAX-RELATED MATTER

Form S.W. ␣
Rev. 4-82

STUDLEY

NOTE: Do not fold this form. Use typewriter or print neatly with black ink.

# STATE OF WYOMING
OFFICE OF THE STATE ENGINEER

APPLICATION FOR PERMIT TO APPROPRIATE SURFACE WATER   MICRO-FILMED   APR 15 '87

THIS SECTION IS NOT TO BE FILLED IN BY APPLICANT

Filing/Priority Date

THE STATE OF WYOMING, } SS.
STATE ENGINEER'S OFFICE }

This instrument was received and filed for record on the __1st__ day of __May__, A.D. 19__86__, at __3:30__ o'clock __P.__ M.

_Frank J. Trelease_
FRANK J. TRELEASE, Assistant State Engineer

Recorded in Book __42__ of Reservoirs, on Page __53__.
Fee Paid $__25.00__. Map Filed __E__.

WATER DIVISION NO. __1__   DISTRICT NO. __4__   Temp. Filing No. __26  5/29__

S.O.D.   PERMIT NO. __9250__ RESERVOIR
E-22

NAME OF FACILITY

THE _Enlargement of Lake Hattie (Permit Nos. 1372 R)_ RESERVOIR

1. Name(s), mailing address and phone no. of applicant(s) is/are
PIONEER CANAL/LAKE HATTIE IRRIGATION DISTRICT
P.O. BOX 1285
LARAMIE, WYOMING 82070
(If more than one applicant, designate one to act as Agent for the others)

2. Name & address of agent to receive correspondence and notices _Paul A. Rechard, PE & LS., Western Water Consultants, Inc., 611 Skyline Road, Laramie, Wyo. 82070_

3. The use to which the water is to be applied is _Irrigation, Mun., Ind., Fish, Flood Control, Power, Domestic_ (SEE REMARKS)
   (a) If more than one beneficial use of water is applied for, the reservoir capacity must be allocated in acre-feet to the various uses.

| Active Capacity | Inactive Capacity |
|---|---|
| * 28,426 acre-feet: Irrigation & Temporary | (SEE REMARKS) |
| 36,834 Storage (SEE REMARKS) | |
| ~~40,574~~ acre-feet: (SEE REMARKS) | |

   (b) The area of the high-water line of the reservoir is __3,032__ acres.   * 28,426 A-F, Permit No. 1372RES.
   (c) The total available capacity of the reservoir is 65,260 ~~69,000~~ acre-feet,  36,834 ~~40,574~~ A-F, This Enl.
   (d) If enlargement, the capacity of this enlargement is 36,834 ~~40,573~~ ~~40,574~~ acre-feet.  65,260 ~~69,000~~ A-F Total (SEE REMARKS)

4. The source of the proposed appropriation is _Laramie River and Little Laramie River_ ~~Local Drainage~~ _all tributary to North Platte River._

5. The outlet of the proposed reservoir is located __N. 29° 15' E.__, __2,280__ feet distant from the __Southwest__ corner of Section __26__, T. __15__ N., R. __76__ W., and is in the __NW¼ SW¼__ of Section __26__, T. __15__ N., R. __76__ W.

6. Are any of the lands covered by the proposed reservoir owned by the State or Federal Government? If so, describe lands and designate whether State or Federally owned.
_Federal - a portion of Section 28, T15N, R76W. The BLM has sold to various private owners most of the land adjacent to the reservoir_

7. Fill out either (a) or (b).
   (a) The reservoir is located in the channel of _____
   (b) The reservoir is to be filled through the _Lake Hattie Supply Canals Nos. 1 and 2_ Canal, which has a carrying capacity of _1,500 & 700_ cubic feet per second, _respectively_.

8. (a) The dam is to be constructed as follows: _Existing Compacted Earthfill_

Contents = _____ Cubic Yards.

   (b) The water face of the dam is to be protected from wave action in the following manner:
_Rock Rip Rap_

Permit No. __9250__ Res.   Page No. __53__
(Leave Blank)

DEFENDANT'S EXHIBIT FF

9. The estimated time required for commencement of work is __5 - Years__, for completion of Construction is __5 - Years__.

10. The accompanying map is prepared in accordance with the State Engineer's Manual of Regulations and Instructions for filing applications and is hereby declared a part of this application. The State Engineer may require the filing of detailed construction plans.

Under penalties of perjury, I declare that I have examined this application and to the best of my knowledge and belief it is true, correct and complete.

_Paul R. Rechard_
Signature of Applicant or Agent

Date __May 1, 1986__

NOTE: If construction under this application is for enlargement of an existing reservoir, a consent to this enlargement should be attached hereto from its present owners.

## REMARKS

ITEM 3 - Active Contents:

| | |
|---|---|
| Permit No. 1372 Res. capacity includes: | |
| Irrigation - | 28,126 A-F |
| Temporary storage for water restored in Twin Buttes Reservoir, Permit No. 7435 Res., for the Game and Fish Commission per Order Record 19, Pages 236-237. | 300 A-F |
| Total - Permit No. 1372 Res. | 28,426 A-F * |

ITEM 3 - Inactive Contents:

A natural basin creates the inactive capacity, or dead storage of this reservoir, the capacity of which was not determined by the survey for this application, and the determination of inactive capacity was waived by the State Engineer to reduce the cost of the survey.

NOTE: The entire capacity of Permit No. 1373 Res., Enl. Lake Hattie Reservoir, is completely abandoned. See Order Record 27, Pages 443-448.

ITEM 3 - Uses: The applicant believes that all uses specified are justifiable with the following explanations:

1. IRRIGATION. This type of use is obvious and was provided in the original application. We do not want to specify the lands to be irrigated because they may vary from year to year.
2. MUNICIPAL. It is possible that the City of Laramie might want to become a co-sponsor of the project under the auspices of the Water Development Commission. The City might make use of Lake Hattie either by treating the water to provide potable supplies or for use of untreated water within the municipality.
3. INDUSTRIAL. The economic development board of the City and County is actively pursuing various types of economic development for the area. The possibility of using Lake Hattie to provide water for industrial purposes should be provided.

SEE REMARKS CONTINUATION SHEET

### NOTICE

A Manual of Regulations and Instructions for filing applications will be furnised by the State Engineer's Office upon request. By carefully complying with the instructions contained in the Manual, much trouble and delay will be saved by the applicant, the professional engineer or land surveyor, and the State Engineer's Office.

This application must be accompanied by maps in duplicate, prepared in accordance with the Manual and by a filing fee of twenty-five dollars ($25.00).

Applications returned for corrections must be resubmitted to the State Engineer within 90 days with the corrections properly made; otherwise the filing will be cancelled.

This application, when approved, does not constitute a complete water right. It is your authority to begin construction work, which must be commenced within the time allowed in the permit.

Notice of commencement of work and completion of the work described in the permit, must be filed in the State Engineer's Office before the expiration of the time allowed in the permit.

If extensions of time beyond the time limits set forth in the permit are required, requests for same must be in writing, stating why the additional time is required, and must be received in the State Engineer's Office before the expiration of the time allowed in the permit.

To perfect your water right, your Water Division Superintendent, or his authorized representative, will contact you after you have submitted notice to the State Engineer stating you have completed the construction as described in your permit. After execution of the proof, it will be considered by the State Board of Control, and, if found to be satisfactory, the Board will issue to you a Certificate of Appropriation which will constitute a completed water right.

The granting of a permit does not constitute the granting of a right-of-way. If any right-of-way is necessary in connection with the application, it should be understood that this responsibility is the applicant's.

## REMARKS CONTINUATION         T.F. NO. 26 5/29

4. FISH (and recreation). Lake Hattie is a significant fishing resource for Albany County. In addition, the Wyoming Game and Fish Commission purchased water from Lake Hattie for use in Twin Buttes Reservoir, Permit No. 7435 RES. Another fishing reservoir (12-Mile Lake) might be developed in the future, using Lake Hattie water. There is considerable interest in the possibility of releasing Lake Hattie water to the Laramie River to provide minimum flow for fish and recreation.

5. FLOOD CONTROL. When the Laramie and/or Little Laramie Rivers are flooding, it is proposed to divert some of the flood waters to Lake Hattie, thereby reducing the flood level in the rivers.

6. POWER. There is a possibility that Basin Electric or some other power generating company might purchase water from Lake Hattie in times of shortage.

7. DOMESTIC. Currently cabins along the shore of the lake or ranches along the outlet canals make use of Lake Hattie water for domestic purposes.

In regard to the allocation for storage for each purpose, it is not proposed to allocate specific amounts to specific purposes. Lake Hattie will be used for long term hold-over storage and year to year uses may vary. It would severly limit the usability of the reservoir and the water resources of Wyoming if all of the above types of uses were not included or to require allocations to specific purposes. It is proposed that the entire active capacity have the capability of being used for any of the stated purposes on an as needed basis.

NOTE: See "Final Report, Lake Hattie Rehabilitation Project, Level II, March 14, 1986", in State Engineer's Library - $TD 395 W8$.

Lake Hattie Dam and Reservoir and supply canals are existing facilities. The map presented is for the purpose of satisfying the requirements of the Board of Control as issued in Order Record 27, Page 443, and to apply for an enlargement of the water right to store up to 69,000 acre-feet. The State of Wyoming Water Development Commission is investigating the possibility of rehabilitating the facilities. The work propsed is described in "Final Report, Lake Hattie Rehabilitation Project, Level II, March 14, 1986" submitted to the Water Development Commission.

The major items of rehabilitation include placing gates at the inlets of the outlet works, replacing riprap on the face of the dam and enlarging the supply canals.

NOTE: See "Wyoming Dam Inspection Report" copy, filed in Miscellaneous Notices under Permit No. 9250 RES.

THE STATE OF WYOMING,  }
STATE ENGINEER'S OFFICE } SS.

THIS IS TO CERTIFY that I have examined the foregoing application and do hereby grant the same subject to the following limitations and conditions:

This permit grants only the right to use the water available in the stream after all prior rights are satisfied.

---

36,874

This permit is granted for Irrigation, Municipal, Industrial, Fish, Flood Control, Power and Domestic purposes (40,574 acre-feet enlarged active capacity). The uses being made at the time of adjudication shall be determined and adjudicated, and the permit uses adjudicated accordingly, eliminating the uses not being made. NOTE: A natural basin creates the inactive capacity, or dead storage of this reservoir, the capacity of which was not determined by the survey for this application, and the determination of which was waived by the State Engineer to reduce the cost of the survey.

Water stored in this facility is provided under Permit No. 6842 ENL., Second Enl. of Lake Hattie Supply Canal, from Laramie River, tributary of North Platte River; and Permit No. 6843 ENL., Lake Hattie Supply Canal No. 2, from Little Laramie River, tributary of Laramie River, tributary of North Platte River.

If the State Engineer determines at any point in time that the public safety so requires, water impounded in this facility shall be evacuated or maintained at any water level which may be required by the State Engineer. This condition is imposed in order to satisfy the requirements of Section 41-3-307 through 41-3-318, Wyoming Statutes.

The Enlargement of Lake Hattie Reservoir that is authorized by the issuance of this permit falls under the requirements of Wyoming Statutes 41-3-307 through 41-3-318. The rehabilitation work required under this permit must be supervised by a professional engineer licensed to practice in Wyoming, after plans for such replacement of inlet gates in the outlet works and replacing riprap on the face of dam are submitted to and approved by the State Engineer; and the integrity of this facility and its operation as well as the responsibility for the safe operation of this facility rest with the owner.

The granting of this permit does not constitute the granting of rights-of way. The permittee must resolve any rights-of-way problems prior to storing water to the maximum elevation of 7278.

The time for commencement of construction work shall terminate on _December 31, 1991_.
The time for completing the construction of the reservoir shall terminate on December 31, 19_91_.

Witness my hand this ___13th___ day of ___March___, A.D. 19_87_.

George L. Christopulos, State Engineer

Permit No. __9250__ Res.                                    Page No. __53__
                                                            (Leave Blank)

PERMIT NO. _____9250_____ RES.
E-22
PERMIT STATUS

Priority Date __May 1, 1986_____     Approval Date __March 13, 1987_____

December 28, 1990 – As-built drawings for Lake Hattie Reservoir received. Plans (11 sheets) are filed in Safety of Dams file under Permit No. 9250 Res., Water Division No. 1.
<span style="float:right">MICRO FILMED MAY 23 '91</span>

September 30, 1991 – Notice of expiration of time for commencement of work and completion of construction mailed.   FILMED SEP 30 '91

October 10, 1991 – Notice of commencement of construction on October 16, 1989 received from Paul Rechard, Agent.

October 10, 1991 – Notice of completion of construction on January 9, 1990 received from Paul Rechard, Agent.
<span style="float:right">MICRO FILMED NOV 22 '91</span>

February 12, 1992 – Laramie Rivers Company hereby transfers and assigns all their right, title and interest of whatsoever nature in this permit to Pioneer Canal/Lake Hattie Irrigation District, P.O. Box 1285, Laramie, Wyoming 82070, their heirs successors or assigns forever. Assignment filed in Miscellaneous Notices, Permit No. 9250 Reservoir.
<span style="float:right">MICRO FILMED MAR 0 6 1992</span>

~~PROOF PREPARED, ADJUDICATION IN PROCESS~~

March 11, 1992 – Petition, S.E. Docket No. 92-3-1, GRANTED to amend the map to show the as-built Cross Section at Outlet Works with modified controlling elevation for active capacity at elevation 7251.9, and to reduce the capacity under this Enl. Lake Hattie Reservoir from 40,574 acre-feet to 36,834 acre-feet, and the total capacity from 69,000 acre-feet to 65,260 acre-feet in accordance with the modification of the active capacity controlling elevation.

See Board Minute excerpts authorizing James O. Tucker to sign the petition on behalf of Pioneer Canal – Lake Hattie Irrigation District, filed in Miscellaneous Notices under this permit.

Petition map filed in Drawer E-22 as Sheet 1A of 6 of the original permit map, under Permit No. 6842 ENL.
Petition recorded in Miscellaneous Records Book No. 14, pages 101 & 102.

<span style="float:right">_Gordon W. Fassett_, State Engineer<br>MICRO FILMED MAR 1 8 1992</span>

PROOF PREPARED, ADJUDICATION IN PROCESS

CERT. REC. R-13, P. 193   PROOF NO. 36106
IRR. ____ STK. ____ DOM. ____ MISC. Irr., Mun., Ind., Fish, Prop., Flood Control, Power, Domm.
AC. 36,834 ____ C.F.S. ____
<span>MICRO FILMED JUN 2 1 1993</span>

MICRO FILMED JAN 1 3 1995



## CROSS SECTION AT OUTLET WORKS
### LAKE HATTIE DAM
SCALE: 1" = 10'

(NOTE: THIS DRAWING SHOWS THE CROSS-SECTION AS REHABILITATED IN 1989-1990)

## LAKE HATTIE RESERVOIR
### AREA-CAPACITY TABLE
(CORRECTED BY THE PETITION)

| ELEVATION (MSL) | AREA (ACRES) | AVERAGE AREA (ACRES) | INCREMENTAL CAPACITY (ACRE-FEET) | ACCUMULATIVE ACTIVE CAPACITY (ACRE-FEET) | USE AND COMMENT |
|---|---|---|---|---|---|
| 7250 | 1931 | | | | INACTIVE STORAGE CAPACITY BELOW ELEVATION 7250, NOT DETERMINED BY THIS SURVEY |
| 7251.9 | 1997 | 2051 | 6,358 | 0 | |
| 7255 | 2105 | 2193 | 10,965 | 6,358 | USES – SEE NOTE ** BELOW IRRIGATION 28,126 TEMPORARY STORAGE – 300 A.F. |
| 7260 | 2281 | 2357 | 7,071 | 17,323 | |
| 7263 | 2433 | 2459 | 4,032 | 24,394 | |
| 7264.64 | 2485 | 2495 | 898 | 28,426 | ENLARGEMENT USES: IRRIGATION, MUNICIPAL, INDUSTRIAL, FISH, FLOOD CONTROL, POWER, DOMESTIC — 36,834 A.F. |
| 7265 | 2504 | 2608 | 13,040 | 29,324 | |
| 7270 | 2712 | 2802 | 14,010 | 42,364 | |
| 7275 | 2892 | 2962 | 8,886 | 56,374 | |
| 7278 | 3032 | | | 65,260 | |
| TOTAL AVAILABLE CAPACITY | | | | 65,260 ACRE-FEET | |

** NOTE:
CAPACITY UNDER LAKE HATTIE RESERVOIR PERMIT NO. 1372 RES. WITH PRIORITY OF MAY 11, 1908 28,426 ACRE-FEET

AMENDED CAPACITY, PERMIT NO. 9250 RES., LAKE HATTIE RESERVOIR, THIS PETITION 36,834 ACRE-FEET

A. UNDER ORDER RECORD 27, PAGES 443-448, THE FOLLOWING OCCURS:
1.) THE ENTIRE CAPACITY OF ENL. LAKE HATTIE RESERVOIR, PERMIT NO. 1373 RES. IS ABANDONED.
2.) THE WYOMING GAME AND FISH COMMISSION MAY FROM TIME TO TIME CONTINUE TO TEMPORARILY STORE, ABOVE ELEVATION 7263, THE 300 ACRE-FEET OF WATER WHICH IS IN TRANSIT TO TWIN BUTTES RESERVOIR, PERMIT NO. 7435 RES., PURSUANT TO ORDER RECORD 19, PAGES 236-237.
3.) LAKE HATTIE RESERVOIR, PERMIT NO. 1372 RES., HAS 31,574 ACRE-FEET ABANDONED, WITH THE REMAINING ADJUDICATED CAPACITY OF 28,126 ACRE-FEET FOR IRRIGATION PURPOSES BELOW ELEVATION 7263; AND 300 ACRE-FEET AS DESCRIBED IN 2) ABOVE FOR TEMPORARY STORAGE BETWEEN ELEVATION 7263 AND ELEVATION 7263.12.
B. DUE TO THE CHANGE IN DEAD STORAGE ELEVATION, REFERENCES ABOVE TO ELEVATIONS 7263 AND 7263.12 ARE CHANGED TO 7264.52 AND 7264.64, RESPECTIVELY

### EXPLANATORY STATEMENT

THE LAKE HATTIE DAM AND RESERVOIR AND SUPPLY CANALS ARE EXISTING FACILITIES. THE MAP PRESENTED HEREIN IS FOR THE PURPOSE OF SATISFYING THE REQUIREMENTS OF THE BOARD OF CONTROL AS ISSUED IN ORDER RECORD 27, PAGE 443, AND TO APPLY FOR AN ENLARGEMENT OF THE WATER RIGHT. THE STATE OF WYOMING WATER DEVELOPMENT COMMISSION PARTICIPATED IN REHABILITATING THE FACILITIES. THE WORK ACCOMPLISHED IS DESCRIBED IN FINAL REPORT, LAKE HATTIE REHABILITATION PROJECT LEVEL II, MARCH 14, 1986, SUBMITTED TO WATER DEVELOPMENT COMMISSION, AND AS-BUILT DRAWINGS SUBMITTED TO THE STATE ENGINEER'S OFFICE DECEMBER 27, 1990. THE MAJOR ITEMS OF REHABILITATION INCLUDE: PLACING GATES AT THE INLETS OF THE OUTLET WORKS, REPLACING RIPRAP ON THE FACE OF THE DAM, CONSTRUCTING A DOWNSTREAM TOE BERM AND REPAIRING THE ENERGY DISSIPATION STRUCTURE. THE CONTROLLING ELEVATION FOR DEAD STORAGE WHICH IS AT THE DOWNSTREAM END OF THE CONTROLLING GATES WAS DETERMINED TO BE 7251.9 FEET. PERMIT NO. 9250 RES. SHOWS THE DEAD STORAGE ELEVATION AT 7250 FEET. THIS CHANGE NECESSITATES THIS PETITION.

### STATEMENT OF ENGINEER

STATE OF WYOMING
COUNTY OF ALBANY

I, PAUL A. RECHARD OF LARAMIE, WYOMING HEREBY STATE THAT THIS MAP WAS MADE FROM INFORMATION ON FILE IN THE STATE ENGINEER'S OFFICE AND FROM U.S.G.S 7 1/2 MINUTE QUADRANGLE MAPS (SODERGREEN LAKE AND MILLBROOK), AND ACTUAL SURVEYS MADE BY ME OR UNDER MY DIRECTION DURING FEBRUARY AND MARCH 1985, AND DECEMBER 1989, AND THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF CORRECTLY REPRESENTS THE LOCATIONS OF THE RESERVOIR AND SUPPLY CANALS, AND THEIR CAPACITIES AS DESCRIBED IN THE ACCOMPANYING APPLICATION AND PETITION.

Jan 30, 1992
DATE

Paul A. Rechard
P.E. & L.S. WYOMING # 436

APPROVED March 11, 1992
Gordon W. Fassett
GORDON W. FASSETT, STATE ENGINEER

SCANNED JAN 04 2006

Western Water Consultants, Inc.

MAP TO ACCOMPANY A PETITION TO THE STATE ENGINEER TO MAKE AMENDMENTS TO THE MAP AND TO REDUCE THE CAPACITY OF THE ENLARGEMENT OF LAKE HATTIE RESERVOIR, PERMIT NO. 9250 RES.

FOR:
PIONEER CANAL—LAKE HATTIE IRRIGATION DISTRICT
P.O. BOX 1285
LARAMIE, WY 82070

MAP TO ACCOMPANY APPLICATIONS FOR:
SECOND ENLARGEMENT LAKE HATTIE RESERVOIR
ENLARGEMENT LAKE HATTIE SUPPLY CANAL NO. 2

APPLICANT:
LARAMIE RIVERS COMPANY
P.O. BOX 1285
LARAMIE, WYOMING 82070
AND

MAP TO THE STATE BOARD OF CONTROL PURSUANT TO ORDER RECORD 27, PAGE 443-448, TO IDENTIFY PARTIAL ABANDONMENT OF LAKE HATTIE RESERVOIR, PERMIT NO. 1372 RES., PROOF NO. 16003, WITH PRIORITY OF MAY 11, 1908, AND TOTAL ABANDONMENT OF ENL. LAKE HATTIE RESERVOIR, PERMIT NO. 1373 RES., PROOF NO. 16004, WITH PRIORITY OF SEPTEMBER 18, 1908.

| DRAWN BY: CdB | CHECKED BY: PAR | DATE: 1-24-92 | SHEET NO. 1A OF 6 |











119

1373 Res. Completed
Cert. Record 40 P 381 Ac 8500 ac. ft.

**CANCELLED**

# RESERVOIR APPLICATIONS

The S. A. Bristol Co., Printers and Binders, Cheyenne

DEC 24 '75
JAN 28 '76
MICRO-FILMED SEP 17 '80

Proof submitted APR 19__

Application for a Permit to ~~Construct~~ Enlarge the Lake Hattie _____ Reservoir, and to Store the Unappropriated Water of the State of Wyoming.

WATER DIVISION No. 1          DISTRICT No. _____

I, Z. E. Sevison
of Laramie, County of Albany, State of Wyoming
being duly sworn according to law, upon my oath say:

1. The name of the applicant  G. S. Speer

2. The postoffice address of the applicant  Chicago, Ill.

3. The name of stream from which reservoir is to be filled and appropriation made is
   Flood waters of Laramie River

4. The use to which the water is to be applied is  Irrigation

5. The location of the proposed reservoir will be in Secs. 20-21-22-23-26-27-28-29-30-32-33 T. 15 N., R. 76 W.,
described as follows:

   (a) State whether situated in channel of running stream, and give character of material at outlet.
   Not in channel of any stream
   Material at outlet a fine sandy loam.

   (b) If not in channel of running stream state how it is to be filled. If through canal give name and dimensions:
   To be filled through Hattie Supply Canal.

   (c) The construction of dam, the material of which it is to be built and the method of protecting from waves are as follows:
   Dam to be of earth.

6. The area of reservoir is  2345  acres with maximum depth of  60  feet and approximate mean depth of water of  40  feet.

7. The dimensions of dam are: Length on top,  1480  feet. Length on bottom,  110  feet. Width on top,  14  feet.
Width on bottom,  214  feet. Depth,  40  feet. Slope of front,  3-1  Slope of back,  2-1
Height of dam above water line when full,  8  feet.

8. The outlet and wasteway, with dimensions of each, are as follows:

9. The outlet of the proposed reservoir is located

   SE¼ NW¼ of Section  26 , Township  15  North, Range  76  West.

10. The estimated cost of said reservoir is $ 45,000

11. Construction will begin on proposed works on or before Five years from date of approval.

12. The time required for the completion of the works is Five years from date of approval  190__

Signed: Z. E. Sevison.

NOTE.—The statements in the foregoing application, together with the maps and plans, must comply with the requirements of Chapter 69, Session Laws 1903.

PERMIT NO.   1373   RESERVOIR                          Book  5

PERMIT NO. _1373 Res._

PERMIT STATUS

Priority Date _September 18, 1908_              Approval Date _September 23, 1908_

April 4, 1980 - Plans for repair of Lake Hattie Dam were approved. Plans indicate
repair of the eroded face (870 feet long) of the dam. Eroded face
will be backfilled and compacted with clay soil material and pro-
tected with a rock filled wire mesh blanket.

    Permits No. 1372 Res., and 1373 Res., endorsed showing this repair
activity. These construction plans, original permit maps (1372 Res.,
in folded file and 1373 Res., in "F" File, Division 1 under Permit
No. 2113 Enl. "Amended") are cross-referenced.

    Permits, permits maps, Construction Plans and State Engineer's letter
of approval dated April 4, 1980, microfilmed for this activity. Said
letter of approval is filed in Miscellaneous Notices under Permit
No. 1373 Res.

    Construction Plans (1 sheet) is filed in E-15, under Permit No. 1373
Res.

GEORGE L. CHRISTOPULOS  
State Engineer    MICRO-FILMED APR 9 '80

September 13, 1989 - Construction Plans and Specifications for the rehabilitation of the outlet works, repairs
to the upstream face riprap and construction of a toe drain at Lake Hattie Dam approved.
Plans (11 Mylar sheets) filed under Permit NO. 1373 Res. in Safety of Dams Plans file
under Water Division No. 1. Also see Safety of Dams files under Lake Hattie. Letter of
approval dated September 13, 1989, filed in Miscellaneous Notices under Permit No. 1373 Res.

NOTE: As-built Plans (11-sheets) as referenced above, are filed in Safety of Dams file
under Permit No. 9250 Res. Water Division No. 1.

MICROFILMED DEC 19 '89

April 2, 1991 - This permit Cancelled or Abandoned upon recomendation of the Board of Control as a result
of action by the Board on August 18, 1983. See Order Record Book No. _27_, pages _443_
through _448_.

GORDON W. FASSETT, State Engineer  
MICROFILMED APR 11 '91

# MAP
## OF
### ENLARGEMENT OF LAKE HATTIE RESERVOIR.
Albany County, Wyo.
Scale 2" = 1 mi.



STATE OF WYOMING:
COUNTY OF ALBANY: ss.

I, Z.E. Sevison of Laramie, Wyoming, hereby certify that this map was made from notes taken during an actual survey made under my direction on Sept. 10th, 1908, and that it correctly represents the irrigation works described in the accompanying application.

Licensed Engineer #100

PROFILE OF DAM SITE.

SECTION OF EARTHEN DAM.